Certificate Number: 05781-OHS-DE-041528473

Bankruptcy Case Number: 26-53953

05781-OHS-DE-041528473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2026, at 10:54 o'clock AM PDT, John Young completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: October 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President